UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*- Electronically Filed -*

| | |
|---|---|
| MARLO BROWN, *et al.* ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL NO. 3:19-CV-906-DJH-RSE |
| ) | |
| LOUISVILLE-JEFFERSON COUNTY ) | |
| METRO GOVERNMENT, *et al.*, ) | |
| ) | |
| DEFENDANTS. ) | |

## JOINT NOTICE OF SETTLEMENT

The parties in the above-captioned matter hereby respectfully notify the Court that a settlement has been reached. The parties are currently in the process of preparing and finalizing the necessary settlement documents. Once all documents have been executed, the parties will promptly file a stipulation of dismissal.

The parties respectfully request that the Court stay all deadlines and remove this case from its active docket pending the submission of the dismissal paperwork.

                                            Respectfully submitted,

                                            */s/ William H. Brammell, Jr.*
                                            William H. Brammell, Jr.
                                            Kayla M. Campbell
                                            Katherine E. Tapp
                                            WICKER / BRAMMELL PLLC
                                            323 W. Main Street, 11th Floor
                                            Louisville, Kentucky 40202
                                            Telephone: (502) 780-6185
                                            bill@wickerbrammell.com
                                            kayla@wickerbrammell.com
                                            katherine@wickerbrammell.com

       *- and -*

       Susan K. Rivera
       ASSISTANT JEFFERSON COUNTY ATTORNEY
       200 S. Fifth Street, Suite 300N
       Louisville, Kentucky 40202
       Telephone: (502) 574-3076
       susan.rivera@louisvilleky.gov

       *Counsel for Defendants*

       *- and -*

       <u>*/s/ Ashlea N. Hellman (with permission)*</u>
       Ashlea N. Hellmann
       401 West Main Street, Suite 1807
       Louisville, Kentucky 40202
       Telephone: (502) 589-1001
       ahellmann@fhmlegal.com

       *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing has been filed on August 24, 2024, via the Court's ECF system, which will send electronic notice to counsel of record.

       <u>*/s/ William H. Brammell, Jr.*</u>
       William H. Brammell, Jr.